UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Warren Brumel, Esq.  WB3626
Attorney for Debtor(s)
PO Box 181
Keyport, NJ 07735
732-264-3400
wbrumel@keyportlaw.com

In Re:

FORREST WALKER
JESSICA WALKER

Case No.: 16-30851

Judge: JKS

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,
   creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by __Credit Acceptance Corporation__,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☒ Payments have been made in the amount of $ __1,843.17__, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 07/02/2018

/s/ Jessica Walker
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

# Credit Acceptance

Account #: ****359
Customer: WALKER, FORREST

## Transaction Report (Collectible transactions)

Address: 1425 Muriel Pl
City: Plainfield
State: NJ    Zip: 07060-2910

Date: 07/02/18
Page: 1 of 1

| Date | Description | Sub Type | Reference | Agent | Entered By | Amount | Balance/Total |
|---|---|---|---|---|---|---|---|
| 10/05/16 | NEW CONTRACT | | 151 | | LSS | $30,055.68 | $30,055.68 |
| 11/05/16 | LOCK BOX TRANSMISSION | | 151 | | OPERATOR | ($417.44) | $29,638.24 |
| 01/03/17 | LOCK BOX TRANSMISSION | | 152 | | OPERATOR | ($417.44) | $29,220.80 |
| 02/17/17 | DIRECT PAYMENT | WU WEB ATM | 35271152 | | WU_PROXY | ($417.44) | $28,803.36 |
| 09/18/17 | DIRECT PAYMENT | WU WEB ACH | 39268448 | | WU_PROXY | ($1,250.00) | $27,553.36 |
| 10/24/17 | CUSTOMER CHECK | PAYMENT PROCESSING DEP | TRST MCREE 0789177 | | SDAVIS | ($518.90) | $27,034.46 |
| 11/02/17 | DIRECT PAYMENT | WU WEB DEBIT CARD | 40234467 | | WU_PROXY | ($504.88) | $26,529.58 |
| 11/02/17 | DIRECT PAYMENT | WU WEB ATM | 40297736 | | WU_PROXY | ($250.00) | $26,279.58 |
| 11/02/17 | DIRECT PAYMENT | WU WEB ATM | 40297893 | | WU_PROXY | ($80.00) | $26,199.58 |
| 11/13/17 | DIRECT PAYMENT | WU WEB DEBIT CARD | 40546997 | | WU_PROXY | ($417.44) | $25,782.14 |
| 11/28/17 | CUSTOMER CHECK | PAYMENT PROCESSING DEP | TRST MCREE 0790852 | | SDAVIS | ($19.01) | $25,763.13 |
| 11/28/17 | CUSTOMER CHECK | PAYMENT PROCESSING DEP | TRST MCREE 0790852 | | SDAVIS | ($12.10) | $25,751.03 |
| 11/30/17 | DIRECT PAYMENT | WU WEB ATM | 40934510 | | WU_PROXY | ($417.44) | $25,333.59 |
| 12/27/17 | CUSTOMER CHECK | PAYMENT PROCESSING DEP | TRST MCREE 0792800 | | VALEXANDR | ($11.04) | $25,322.55 |
| 01/29/18 | CUSTOMER CHECK | PAYMENT PROCESSING DEP | TRST MCREE 794622 | | TURNER | ($11.04) | $25,311.51 |
| 01/31/18 | DIRECT PAYMENT | WU WEB DEBIT CARD | 42359684 | | WU_PROXY | ($834.88) | $24,476.63 |
| 02/26/18 | CUSTOMER CHECK | PAYMENT PROCESSING DEP | TRST MGREEN 0795559 | | SDAVIS | ($11.04) | $24,465.59 |
| 03/15/18 | DIRECT PAYMENT | PU WEB DEBIT CARD | 285961904 | | WU_PROXY | ($1,252.32) | $23,213.27 |
| 03/27/18 | CUSTOMER CHECK | PAYMENT PROCESSING DEP | TRST MGREE 0798367 | | SDAVIS | ($11.04) | $23,202.23 |
| 04/24/18 | CUSTOMER CHECK | PAYMENT PROCESSING DEP | TRST MCREE 0800238 | | SDAVIS | ($11.10) | $23,191.13 |
| 06/02/18 | DIRECT PAYMENT | PU WEB DEBIT CARD | 312539250 | | WU_PROXY | ($417.44) | $22,773.69 |
| 06/27/18 | CUSTOMER CHECK | PAYMENT PROCESSING DEP | TRST MGREE 804674 | | TTURNER | ($343.17) | $22,430.52 |
| 07/02/18 | DIRECT PAYMENT | PU WEB DEBIT CARD | 325289358 | | WU_PROXY | ($1,500.00) | $20,930.52 |

(TRANS REP)