Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−30851−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Forrest L. Walker Sr.                              Jessica E. Walker
   1425 Muriel Place                                  1425 Muriel Place
   Plainfield, NJ 07060                               Plainfield, NJ 07060

Social Security No.:
   xxx−xx−8492                                        xxx−xx−1790

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 7/26/18 at 11:00 AM

to consider and act upon the following:

*45* − Creditor's Certification of Default (related document:25 Motion for Relief from Stay re: 2011 Mazda CX−7. Fee Amount $ 181. filed by Creditor Credit Acceptance Corporation) filed by John R. Morton Jr. on behalf of Credit Acceptance Corporation. Objection deadline is 07/5/2018. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

*48* − Certification in Opposition to (related document:45 Creditor's Certification of Default (related document:25 Motion for Relief from Stay re: 2011 Mazda CX−7. Fee Amount $ 181. filed by Creditor Credit Acceptance Corporation) filed by John R. Morton Jr. on behalf of Credit Acceptance Corporation. Objection deadline is 07/5/2018. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Credit Acceptance Corporation) filed by Warren Brumel on behalf of Forrest L. Walker Sr., Jessica E. Walker. (Brumel, Warren)

Dated: 7/2/18

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court