Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−30851−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Forrest L. Walker Sr.                     Jessica E. Walker
   1425 Muriel Place                         1425 Muriel Place
   Plainfield, NJ 07060                      Plainfield, NJ 07060

Social Security No.:
   xxx−xx−8492                               xxx−xx−1790

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 7/26/18 at 11:00 AM

to consider and act upon the following:

*45* − Creditor's Certification of Default (related document:25 Motion for Relief from Stay re: 2011 Mazda CX−7. Fee Amount $ 181. filed by Creditor Credit Acceptance Corporation) filed by John R. Morton Jr. on behalf of Credit Acceptance Corporation. Objection deadline is 07/5/2018. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

*48* − Certification in Opposition to (related document:45 Creditor's Certification of Default (related document:25 Motion for Relief from Stay re: 2011 Mazda CX−7. Fee Amount $ 181. filed by Creditor Credit Acceptance Corporation) filed by John R. Morton Jr. on behalf of Credit Acceptance Corporation. Objection deadline is 07/5/2018. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Credit Acceptance Corporation) filed by Warren Brumel on behalf of Forrest L. Walker Sr., Jessica E. Walker. (Brumel, Warren)

Dated: 7/2/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-30851-JKS
Forrest L. Walker, Sr.                                                    Chapter 13
Jessica E. Walker
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Jul 02, 2018
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2018.
db/jdb         +Forrest L. Walker, Sr.,   Jessica E. Walker,   1425 Muriel Place,   Plainfield, NJ 07060-2910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
           Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
           for Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2007-AMC1,
           U.S. Bank National Association, as Trustee NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
           Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
           rsolarz@kmllawgroup.com
          Warren  Brumel    on behalf of Debtor Forrest L. Walker, Sr. wbrumel@keyportlaw.com,
           brumellawecf@gmail.com
          Warren  Brumel    on behalf of Joint Debtor Jessica E. Walker wbrumel@keyportlaw.com,
           brumellawecf@gmail.com
                                                                                             TOTAL: 7