UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

46608
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Credit Acceptance Corporation

Order Filed on August 21, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

FORREST L. WALKER, SR.
JESSICA E. WALKER

Case No.: 16-30851

Adv. No.:

Hearing Date: 7-26-18

Judge: JKS

## ORDER FOR ADDITIONAL COUNSEL FEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 21, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

**Forrest and Jessica Walker**
**16-30851(JKS)**
**Order for additional counsel fee**
**Page 2**

This matter having been brought on before this Court on creditor's certification of default filed by John R. Morton, Jr., Esq., attorney for Credit Acceptance Corporation, with the appearance of Warren Brumel, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. The debtors shall pay to Credit Acceptance Corporation through the plan, an additional counsel fee of $350 which shall be paid by the trustee as an administrative priority expense.