Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                  Case No.:  16−30851−JKS
                  Chapter:  13
                  Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Forrest L. Walker Sr.                                       Jessica E. Walker
   1425 Muriel Place                                              1425 Muriel Place
   Plainfield, NJ 07060                                          Plainfield, NJ 07060

Social Security No.:
   xxx−xx−8492                                                          xxx−xx−1790

Employer's Tax I.D. No.:

**FINAL DECREE**

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 5, 2018</u>             <u>John K. Sherwood</u>
                                          Judge, United States Bankruptcy Court